**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Jigneshkumar Vishnubhai Patel**
Plaintiff

CIVIL ACTION

V.

NO. **1:25-cv-12518-RGS**

**Hyde et al**
Defendants

## ORDER OF DISMISSAL

Stearns, D. J.

In accordance with the Response filed on November 14, 2025 [Doc. No. 19] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

10/13/2026
Date

/s/ Jacqueline Martin
Deputy Clerk